**COMMONWEALTH of Pennsylvania**

v.

**Cynthia HUNTER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1997.
Decided Nov. 13, 1997.

David B. Keeffe, Sayre, for Appellee.

Robert B. McGuinness, D.A., Stephen G. Downs, 1st Asst. D.A., for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.